Rebecca C. Padilla, (CSBN: 248605)
**POTTER, PADILLA & PFAU**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626) 795-0681
Facsimile: (626) 795-0725
E-mail: rpadilla@potterpadillalaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ALICIA CHARNOFSKY, <br><br> Plaintiff, <br> vs. <br><br> MARTIN O'MALLEY, Commissioner of Social Security, <br><br> Defendant | Case No.: 5:24-cv-00558-DFM <br><br> [PROPOSED] **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees:

**IT IS ORDERED** that the Commissioner shall pay the amount of $2,874.28 (Two Thousand, Eight Hundred Seventy-Four Dollars and Twenty-Eight Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: August 13, 2024

HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE